## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 12 CV 08962 |
|---|---|---|

**Ahmed Gomaa**

    **v.**

**Loyola University Medical Center**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### Loyola University Medical Center

| |
|---|
| NAME (Type or print)<br>Timothy J. Reeb |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      /s/Timothy J. Reeb |
| FIRM<br>Hinkhouse Williams Walsh, LLP |
| STREET ADDRESS<br>180 N Stetson St., Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>312-784-5459 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | No |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | No |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                 APPOINTED COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, under penalties provided by law pursuant to Section 1-109 of the code of Civil Procedure, certified that he filed a true and correct copy of the foregoing Appearance using the ECF Electronic System this 11th day of December 2012. He also certifies that he served a copy of the foregoing upon the Plaintiff, at the address listed below, via the United States Postal Service, postage prepaid.

Yusra Gomaa
Kapitan Law Office
407 S. Dearborn Street, Suite 1200
Chicago, IL 60605

/s/ Brent Graber_____
Brent Graber, Attorney for Loyola
University

4814-4568-8338, v. 1